UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :     **Affirmation in Support**
                                 :     **of Application for**
        - v. -                   :     **Order of Continuance**
                                 :
JOHN MICHAEL TEDESCO,            :     19 Mag. 4146
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - - x

State of New York            )
County of New York           : ss.:
Southern District of New York )

Justin V. Rodriguez, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A). This is the first order of continuance that has been sought.

2. The defendant was charged in a complaint dated April 29, 2019, with violating Title 21, United States Code, Sections 812. 41, and 846. The defendant was arrested on May 16, 2019, and was presented on May 16, 2019, before United States Magistrate Judge Stewart D. Aaron in the Southern District of New York and released

on bail. The defendant is represented by Julia Gatto, Esq.

3. A preliminary hearing is set for June 17, 2019, as to the defendant. Accordingly, the Government has until June 17, 2019, to charge the defendant by indictment or information.

4. Ms. Gatto and I are engaged in discussions concerning a possible disposition of this case. The negotiations have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under Rule 5.1 expires on June 17, 2019.

5. Therefore, the Government is requesting a 30-day continuance until July 17, 2019, to continue the foregoing discussions and reach a disposition of this matter. I have personally communicated with defense counsel, who has specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:   New York, New York
         June 17, 2019

_____
Justin V. Rodriguez
Assistant United States Attorney
Southern District of New York
212-637-2591